**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANNA GERRARD, ALEXA LUBOMSKI, and SARA LAMB, individually and on behalf of those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>CREDENCE MANAGEMENT SOLUTIONS, LLC,<br><br>  Defendant. | Cause No. 1:25-cv-952 |

## ORDER

Plaintiffs moved this Court to extend the deadline for filing of class certification (Dkt. 21), presently set for October 17, 2025 by the discovery plan (Dkt. 16) and scheduling order pertaining to that plan (Dkt. 17). Plaintiffs moved for an extension to October 24, 2025, with consent of the defense. Having considered this motion, both parties' consent, and the grounds stated, the Court FINDS good cause to grant the brief extension. This Court therefore ORDERS that the scheduling order and plan are modified to extend the deadline for Plaintiffs to file for class certification to October 24, 2025.

Entered this _17th_ day of October 2025.

Anthony J. Trenga
Senior U.S. District Judge