**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ANNA GERRARD, ALEXA LUBOMSKI, and SARA LAMB, individually and on behalf of those similarly situated, | |
| Plaintiffs | |
| v. | Case No. 1:25-cv-000952-AJT-WEF |
| CREDENCE MANAGEMENT SOLUTIONS, LLC | |
| Defendant | |

## ORDER

This matter is before the Court on Defendant's Consent Motion to Extend Deadline to Oppose Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED**, that the Motion be, and the same hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant may file its opposition to Plaintiff's Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel on or before November 3, 2025.

The clerk is directed to send copies of this order to all counsel of record.

October 31, 2025
Alexandria, VA

Anthony J. Trenga
Senior U.S. District Judge